**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                              Plaintiff,

            v.                                          CR NO: 2:25-mj-0004 SCR

**KAMI ELOIS POWER,**

                              Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee:   Kami Elois Power, Offender ID No. 1285844

Detained at   Jean Conservation Camp Nevada Department of Corrections

Detainee is:   a.)   ☒ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
                      charging detainee with:   18 U.S.C. § 1344 – Bank Fraud

         or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
         or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

***As soon as practicable in the Eastern District of California.***

            Signature:                    /s/ Whitnee Goins
            Printed Name & Phone No:   Assistant U.S. Attorney Whitnee Goins – 916-554-2742
            Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

            ☒ Ad Prosequendum                    ☐ Ad Testificandum

        The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is
hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and
prosecution in the above-captioned case in the Eastern District of California.

 Dated:   January 8, 2025                        /s/ Sean C. Riordan

                                          Honorable Sean C. Riordan
                                          U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if                                                      ☐Male   ☒Female
Booking or CDC #:   210169                          DOB:   04/04/1970
Facility Address:   3 Prison Rd, Jean, NV 89019      Race:   White
Facility Phone:   (725) 216-6000                    FBI#:   A25827943
Currently   Jean Conservation Camp NDOC

## RETURN OF SERVICE

Executed on:   _____

                        (signature)